IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| JAMES RODRIGUEZ, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. SA-16-CA-0199-FB |
| § | |
| ROY JAMES IRVING, Individually and § | |
| CENTRAL HAULING CO. & ARKANSAS § | |
| EQUIPMENT LEASING, § | |
| § | |
| Defendants. § | |

**J U D G M E N T**

The Court has considered the Judgment to be entered in the above styled and numbered cause.

Pursuant to the Notice of Voluntary Dismissal (docket #29) and the Voluntary Dismissal by Stipulation of All Claims Against Defendants (docket #30) filed in this case on November 1, 2016, and the Order Granting Dismissal With Prejudice of even date herewith,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that any and all claims by the plaintiff and this case are DISMISSED WITH PREJUDICE pursuant to FED. R. CIV. P. 41(a). Motions pending, if any, are also DISMISSED, and this case is now CLOSED.

It is so ORDERED.

SIGNED this 29th day of November, 2016.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE